IN RE JOSEPH DEKLOTZ.*

JOSEPH DEKLOTZ, APPELLEE, V. GUS A. HYERS, SHERIFF,
APPELLANT.

FILED APRIL 3, 1915.    No. 18391.

APPEAL from the district court for Lancaster county:
ALBERT J. CORNISH, JUDGE.    *Reversed.*

*Grant G. Martin, Attorney General, Frank E. Edgerton*
and *J. B. Strode,* for appellant.

*T. S. Allen* and *E. G. Maggi, contra.*

LETTON, J.

The facts in this case are similar to those in *In re Arrigo,*
*ante,* p. 134, except that the package was properly labeled
to show it contained cocoa, and on one side in small type
the words, "Save the Hamilton Coupon in This Package,"
were printed on the label.    A printed slip or coupon was
packed with the food in the can or package, stating that
the coupon would be accepted by the Hamilton corpora-
tion in exchange for certain goods.

For the reasons set forth in the *Arrigo* case, the judg-
ment of the district court is

REVERSED.

BARNES, J., dissents.